

**ORDERED in the Southern District of Florida on July 10, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Audrey Sharpe                                          Case No.: 26-13384-RAM
                                                                Chapter 7

_____ Debtor _____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO VACATE DISCHARGE ORDER TO FILE REAFFIRMATION AGREEMENT

**THIS CAUSE** having come on, upon Debtor's *ExParte* Motion to Vacate Discharge Order to File Reaffirmation Agreement [ECF#17] and the Court having reviewed the Motion and the Court file, it is

ORDERED AND ADJUDGED that

1. The Motion is GRANTED.

2. The Discharge is vacated for the sole purpose of filing the Reaffirmation Agreement.

3. The Debtor is ordered to file Reaffirmation Agreement on or before July 26, 2026**.**

4. The clerk shall re-enter the Discharge Order after the reaffirmation agreement is filed.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.